CHRISTINE KOPSACHILIS, Respondent, v 130 EAST 18 OWNERS CORP. et al., Appellants.

Submitted September 8, 2008; decided September 11, 2008

Motion by Riverbay Corporation for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

---

In the Matter of LEMAR H. FORESTDALE, INC., et al., Respondents; ERVIN H., JR., Appellant. (Proceeding No. 1.)

In the Matter of KENMAR H. FORESTDALE, INC., et al., Respondents; ERVIN H., JR., Appellant. (Proceeding No. 2.)

Submitted July 7, 2008; decided September 11, 2008

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed appeals from parts of Family Court orders entered on consent, dismissed upon the ground that as to that part of the Appellate Division order, appellant is not a party aggrieved; motion for leave to appeal otherwise denied.

---

THOMAS J. MAZERBO, Respondent, v MARK MURPHY, Appellant.

Submitted August 25, 2008; decided September 11, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.